**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00135-CR
No. 05-14-00136-CR

**RICHARD EARL DRIVER, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80014-2013**

## ORDER

The Court **REINSTATES** the appeals.

On May 9, 2014, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent; (3) counsel's explanation for the delay in filing appellant's brief is her workload and a death in her family; and (4) counsel will file appellant's brief by June 19, 2014.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
       JUSTICE